UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO EMANO BALITAAN, et al., | No. 2:23–cv–240–KJN |
| Plaintiffs, | ORDER |
| v. | |
| THOR MOTOR COACH, INC, et al., | |
| Defendants. | |

This action has been assigned to Chief Magistrate Judge Kendall J. Newman upon the consent of all parties pursuant to 28 U.S.C. § 636(c).  (ECF Nos. 8, 10, 11.)  A review of the docket indicates that all defendants answered the complaint, so this case appears ripe for scheduling.  (See ECF Nos. 4, 5.).  Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 21 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures as required by Federal Rule of Civil Procedure 26.  During this conference, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program.  The parties should also confer on discovery deadlines and the joint status report.
2. Within 14 days after this conference, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order.  This report shall address the relevant

portions of Local Rule 240(a), shall include the parties' statement(s) of the case, and may address any other matters the parties believe are important for scheduling purposes. A hearing shall take place on Tuesday, April 11, 2023, at 9:00 a.m., by remote means. As the hearing date approaches, the parties will receive instructions on how to appear.

3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. <u>See</u> Local Rule 160.

Dated: February 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bali.240